MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Lehrkind@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| REGINA DE LA ROSA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-CV-00938-SKO<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER RESPONSIVE BRIEF**<br><br>(Doc. 15) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record that the time for responding to Plaintiff's Opening Brief be extended 30 days from April 4, 2019, to May 5, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief. There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing the responsive brief by April 4, 2019. Counsel for Defendant is a newly appointed Special Assistant United States attorney with the Office of General Counsel and her workload is reviewed by senior attorneys in this office. Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this

delay.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  April 2, 2019  /s_Steven Rosales_____
(*as authorized via email on April 2, 2019
STEVEN ROSALES
Attorney for Plaintiff

Dated:  April 2, 2019  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/  Margaret Lehrkind
MARGARET T. LEHRKIND
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

The Court has reviewed the parties' above stipulation (Doc. 15) and approves Defendant's request for a 30-day extension of time to file her responsive brief.  The Court GRANTS Defendant an extension until May 6, 2019, to file her responsive brief.  All remaining deadlines in the Court's scheduling order (Doc. 5), are extended accordingly.

IT IS SO ORDERED.

Dated:  **April 4, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE